UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                              CASE NO.: 20-15259-VFP
CHAPTER 13

Danilo Sanchez,
     Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LoanCare, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Authorized Agent for Secured Creditor
                                      130 Clinton Rd #202
                                      Fairfield, NJ 07004
                                      Telephone: 470-321-7112

                                      By: /s/Kimberly Wilson
                                         Kimberly Wilson
                                         Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DANILO SANCHEZ
514 73RD ST
NORTH BERGEN, NJ 07047-5407

And via electronic mail to:

PATEL, SOLTIS & CARDENAS, LLC
574 NEWARK AVE, STE. 307
JERSEY CITY, NJ 07306

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr