| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>DANILO SANCHEZ | Case No.: 20-15259<br><br>Adv. No.:<br><br>Hearing Date:  04/18/2024<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/26/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
DANILO SANCHEZ
514 73RD ST
NORTH BERGEN, NJ  07047-5407
Mode of Service:  Regular Mail

Attorney for Debtor(s):
VEER P PATEL, ESQ.
PATEL & CARDENAS, LLC
71 WEST MAIN STREET, STE 202
FREEHOLD, NJ  07728
Mode of Service:  ECF and/or Regular Mail

Dated:  March 26, 2024

By:  /S/  Keith Guarneri
     Keith Guarneri