George E. Veitengruber, III, Esq.
NJ Attorney ID#: 015532002
Veitengruber Law, LLC
1720 Route 34, Suite 10
Wall, New Jersey 07727
(732) 695-3303
(732) 695-3917
George@Veitengruberlaw.com
Attorneys for Debtor

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 Proceedings |
|---|---|
| Danilo Sanchez | Case No. 20-15259 |
| Debtor(s) | Honorable Vincent F. Papalia |

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the withdrawal of **Veer P. Patel.**, as Attorney for Debtor, Danilo Sanchez, and the substitution of George E. Veitengruber, III, Esq., in the above entitled cause.

By: _____
George E. Veitengruber, III, Esq.
Superseding Attorney

_____
Veer P. Patel Esq.
Withdrawing Attorney

Dated: April 12, 2024

Dated: April 12, 2024