| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>George E. Veitengruber, III, Esq.<br>Veitengruber Law LLC<br>1720 Route 34, Suite 10<br>Wall, NJ 07727<br>Telephone: 732-695-3303<br>Facsimile: 732-695-3917<br>Bankruptcy@Veitengruberlaw.com<br>Attorneys for Debtor(s)<br><br>Danilo Sanchez | <br><br>**Order Filed on May 2, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>CASE NO: 20-15259<br><br>HEARING DATE: May 2, 2024<br><br>JUDGE: Vincent F. Papalia<br><br>CHAPTER: 13 |

## ORDER REINSTATING THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: May 2, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Danilo Sanchez
Case No: 20-15259
Caption of Order: Order Reinstating the Automatic Stay

This matter having been presented to the Court by Veitengruber Law LLC and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors properly served with the motion effective the date of this order.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.