| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| George E. Veitengruber, III, Esq.<br>Veitengruber Law LLC<br>1720 Route 34, Suite 10<br>Wall, NJ 07727<br>Telephone: 732-695-3303<br>Facsimile: 732-695-3917<br>Bankruptcy@Veitengruberlaw.com<br>Attorneys for Debtor(s) |
| Danilo Sanchez |

Order Filed on May 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO: 20-15259

HEARING DATE: May 2, 2024

JUDGE: Vincent F. Papalia

CHAPTER: 13

## ORDER REINSTATING THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: May 2, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Danilo Sanchez
Case No: 20-15259
Caption of Order: Order Reinstating the Automatic Stay

    This matter having been presented to the Court by Veitengruber Law LLC and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

    ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion effective the date of this order.     ^properly

    IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.

United States Bankruptcy Court
District of New Jersey

In re:  
Danilo Sanchez  
    Debtor

Case No. 20-15259-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 03, 2024     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Danilo Sanchez, 514 73rd St, North Bergen, NJ 07047-5407 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2024     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:

**Name**     **Email Address**

Aleisha Candace Jennings  
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ajennings@raslg.com

Angela Catherine Pattison  
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com

Denise E. Carlon  
    on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III  
    on behalf of Debtor Danilo Sanchez bankruptcy@veitengruberlaw.com knapolitano15@gmail.com

Harold N. Kaplan  
    on behalf of Creditor LoanCare LLC hkaplan@rasnj.com, kimwilson@raslg.com

John Richard Voorhees, III  
    on behalf of Debtor Danilo Sanchez bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com

Kimberly A. Wilson  
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING kimwilson@raslg.com

Kimberly A. Wilson

on behalf of Creditor LoanCare LLC kimwilson@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Shauna M Deluca

on behalf of Creditor LoanCare LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor LoanCare LLC smncina@raslg.com

Sindi Mncina

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13