Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL 15, 2025

**Chapter 13 Case # 20-15259**

Re:  DANILO SANCHEZ  
514 73RD ST  
NORTH BERGEN, NJ  07047-5407

Atty:  GEORGE E VEITENGRUBER III  
VEITENGRUBER LAW LLC  
1720 HIGHWAY 34  
SUITE 10  
WALL, NJ  07727

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/01/2020 | $750.00 | 6755798000 | 06/02/2020 | $908.00 | 6837763000 |
| 07/07/2020 | $910.00 | | 08/06/2020 | $952.00 | |
| 09/08/2020 | $952.00 | | 10/07/2020 | $952.00 | |
| 11/06/2020 | $952.00 | | 12/07/2020 | $952.00 | |
| 01/07/2021 | $952.00 | | 02/08/2021 | $952.00 | |
| 03/08/2021 | $952.00 | | 04/06/2021 | $952.00 | |
| 05/07/2021 | $952.00 | | 06/08/2021 | $952.00 | |
| 07/08/2021 | $952.00 | | 08/06/2021 | $952.00 | |
| 09/07/2021 | $952.00 | | 10/07/2021 | $952.00 | |
| 11/08/2021 | $952.00 | | 12/07/2021 | $952.00 | |
| 01/06/2022 | $952.00 | | 02/07/2022 | $952.00 | |
| 03/07/2022 | $952.00 | | 04/06/2022 | $952.00 | |
| 05/09/2022 | $952.00 | | 06/07/2022 | $952.00 | |
| 07/08/2022 | $952.00 | | 08/08/2022 | $952.00 | |
| 09/07/2022 | $952.00 | | 10/07/2022 | $952.00 | |
| 11/07/2022 | $952.00 | | 12/07/2022 | $952.00 | |
| 01/09/2023 | $952.00 | | 02/06/2023 | $952.00 | |
| 03/07/2023 | $952.00 | | 04/06/2023 | $952.00 | |
| 05/08/2023 | $952.00 | | 06/06/2023 | $952.00 | |
| 07/10/2023 | $952.00 | | 08/07/2023 | $952.00 | |
| 09/07/2023 | $952.00 | | 10/10/2023 | $952.00 | |
| 11/06/2023 | $952.00 | | 12/07/2023 | $952.00 | |
| 01/09/2024 | $952.00 | | 02/06/2024 | $952.00 | |
| 03/07/2024 | $952.00 | | 04/08/2024 | $952.00 | |
| 05/07/2024 | $952.00 | | 06/06/2024 | $952.00 | |
| 07/09/2024 | $952.00 | | 08/06/2024 | $952.00 | |
| 09/09/2024 | $952.00 | | 10/07/2024 | $952.00 | |
| 11/06/2024 | $952.00 | | 12/09/2024 | $952.00 | |
| 01/07/2025 | $952.00 | | 02/06/2025 | $952.00 | |
| 03/07/2025 | $952.00 | | 04/07/2025 | $952.00 | |

| | |
|---|---|
| **Total Receipts: $56,832.00 - Amount Refunded to Debtor: $2,292.91 = Receipts Applied to Plan: $54,539.09** | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,377.22 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARR | 48,166.47 | 100.00% | 48,166.47 | 0.00 |
| 0002 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 245.40 | 100.00% | 245.40 | 0.00 |

**Total Paid: $54,539.09**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LOANCARE, LLC | | | | | | |
| | 08/17/2020 | $487.25 | 854456 | 09/21/2020 | $880.60 | 856290 |
| | 10/19/2020 | $880.60 | 858152 | 11/16/2020 | $880.60 | 859939 |
| | 12/21/2020 | $880.60 | 861774 | 01/11/2021 | $880.60 | 863532 |
| | 02/22/2021 | $880.60 | 865275 | 03/15/2021 | $880.60 | 867072 |
| | 04/19/2021 | $880.60 | 868803 | 05/17/2021 | $894.88 | 870692 |
| | 06/21/2021 | $894.88 | 872496 | 07/19/2021 | $894.88 | 874273 |
| | 08/16/2021 | $894.88 | 875966 | 09/20/2021 | $894.88 | 877717 |
| | 10/18/2021 | $904.40 | 879463 | 11/17/2021 | $904.40 | 881180 |
| | 12/13/2021 | $904.40 | 882803 | 01/10/2022 | $904.40 | 884449 |
| | 02/14/2022 | $904.40 | 886157 | 03/14/2022 | $918.68 | 887857 |
| | 04/18/2022 | $918.68 | 889594 | 05/16/2022 | $918.68 | 891280 |
| | 06/20/2022 | $918.68 | 892980 | 07/18/2022 | $918.68 | 894660 |
| | 08/15/2022 | $918.68 | 896248 | 09/19/2022 | $918.68 | 897858 |
| | 10/17/2022 | $899.64 | 899509 | 11/14/2022 | $899.64 | 901079 |
| | 12/12/2022 | $899.64 | 902626 | 02/13/2023 | $1,799.28 | 905665 |
| | 03/13/2023 | $899.64 | 907268 | 04/17/2023 | $899.64 | 908882 |
| | 05/15/2023 | $890.12 | 910464 | 06/12/2023 | $890.12 | 911943 |
| | 07/17/2023 | $890.12 | 913465 | 08/14/2023 | $890.12 | 914981 |
| | 09/18/2023 | $890.12 | 916477 | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 02/10/2025 | $245.40 | 940129 | | | |
| SHELLPOINT MORTGAGE SERVICING | | | | | | |
| | 10/16/2023 | $875.84 | 918189 | 11/13/2023 | $875.84 | 919635 |
| | 12/11/2023 | $875.84 | 921035 | 02/12/2024 | $1,751.68 | 923795 |
| | 03/11/2024 | $875.84 | 925237 | 05/10/2024 | $1,751.68 | 928121 |
| | 06/17/2024 | $875.84 | 929595 | 07/15/2024 | $904.40 | 931006 |
| | 08/19/2024 | $904.40 | 932470 | 09/16/2024 | $904.40 | 933874 |
| | 10/21/2024 | $894.88 | 935335 | 11/18/2024 | $894.88 | 936766 |
| | 12/16/2024 | $894.88 | 938169 | 01/13/2025 | $894.88 | 939594 |
| | 02/10/2025 | $283.90 | 940946 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: April 15, 2025.

Receipts: $54,539.09   -   Paid to Claims: $48,411.87   -   Admin Costs Paid: $6,127.22   =   Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **$0.00

**Chapter 13 Case # 20-15259**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.